# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ICON PAC NEVADA OWNER POOL 3 NEVADA, LLC, | |
| Plaintiff, | 2:15-cv-02391-JAD-VCF |
| vs. | **ORDER** |
| BIOGEL INNOVATIVE GROUP, LLC, *et al.*, | |
| Defendants. | |

Before the court is *ICON Pac Nevada Owner Pool 3 Nevada, LLC v. Biogel Innovative Group, LLC, et al.*, case no. 2:15-cv-02391-JAD-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., April 13, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 29th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE