# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ICON PAC NEVADA OWNER POOL 3 NEVADA, LLC, <br><br>  Plaintiff, <br><br> vs. <br><br> BIOGEL INNOVATIVE GROUP, LLC, *et al.*, <br><br>  Defendants. | 2:15-cv-02391-JAD-VCF <br><br> **ORDER** |

  Before the court is *ICON Pac Nevada Owner Pool 3 Nevada, LLC v. Biogel Innovative Group, LLC, et al.*, case no. 2:15-cv-02391-JAD-VCF. A discovery plan and scheduling order in compliance with Local Rule 26-1 has been filed.

  Accordingly,

  IT IS HEREBY ORDERED that the discovery hearing scheduled for 1:00 p.m., April 13, 2016 is VACATED.

  Dated this 5th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE