John S. Delikanakis, Esq.
Nevada State Bar No. 5928
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanaskis@swlaw.com
Email: jshiroff@swlaw.com

*Attorneys for Plaintiff Icon Pac Nevada Owner Pool 3, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ICON PAC NEVADA OWNER POOL 3 NEVADA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEL INNOVATIVE GROUP, LLC, a Nevada limited liability company, UNITED PHARMA LLC, a California limited liability company, AMERICAN OIL PRODUCTS INC., a California corporation, AWAX INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | Case No.: 2:15-cv-02391-APG-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

///

///

///

1    Plaintiff Icon Pac Nevada Owner Pool 3, LLC, by and through his attorneys of record, the
2    Law Office of Snell & Wilmer L.L.P., hereby requests the removal of Justin Shiroff, Esq. from the
3    CM/ECF Service List as Mr. Shiroff is no longer handling this matter.

Dated: June 14, 2016

SNELL & WILMER L.L.P.

By:  /s/ John S. Delikanakis
John S. Delikanakis
Nevada Bar No. 5928
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas, Nevada 89169-5958
Telephone:  702.784.5200
Facsimile:  702.784.5252

*Attorney for Plaintiff*

**O R D E R**

IT IS SO ORDERED.

DATED:  June 14, 2016

United States Magistrate Judge

- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** by the method indicated:

| | |
|---|---|
| __X__ | by electronic mail through the court's CM/ECF filing system |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Overnight Mail |
| _____ | by Federal Express |
| _____ | by Hand Delivery |

DATED: June 14, 2016

/s/ Ruby Lengsavath
An Employee of Snell & Wilmer

- 3 -