# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ICON PAC NEVADA OWNER POOL 3 NEVADA LLC | |
| Plaintiff(s), | Case No. 2:15-cv-02391-JAD-VCF |
| vs. | ORDER |
| BIOGEL INNOVATIVE GROUP, LLC, et al., | |
| Defendant(s). | |

Currently pending before the Court are Defendant United Pharma's motion to have a different attorney attend an upcoming settlement conference, Docket No. 57, and Plaintiff Icon Pac Owner Pool 3 Nevada, LLC's motion to continue the settlement conference, Docket No. 58. Both parties have indicated that they are available on September 30, 2016. *See* Docket Nos. 57, 58.

Accordingly, Plaintiff's motion to continue the settlement, Docket No. 58, is **GRANTED**. The Court hereby **CONTINUES** the settlement conference currently set for September 23, 2016 to **September 30, 2016**, at **9:00 am** in Courtroom 3A. Additionally, because United Pharma's counsel is available on September 30, 2016, the Court **DENIES** its motion to have a different attorney attend the settlement conference, Docket No. 57. All of the requirements set forth in the previous scheduling order, Docket No. 55, remain the same.

IT IS SO ORDERED.

Dated: September 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge