John S. Delikanakis, Esq.
Nevada State Bar No. 5928
Sherry Ly, Esq.
Nevada State Bar No. 13529
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanaskis@swlaw.com
Email: sly@swlaw.com

*Attorneys for Plaintiff Icon Pac Nevada Owner Pool 3 Nevada, LLC and Cross-claim Defendant BRE/PAC Nevada, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ICON PAC NEVADA OWNER POOL 3 NEVADA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEL INNOVATIVE GROUP, LLC, a Nevada limited liability company, UNITED PHARMA LLC, a California limited liability company, AMERICAN OIL PRODUCTS INC., a California corporation, AWAX INTERNATIONAL, INC., a California corporation, KYUNG SOO KIM, an individual<br><br>Defendants. | Case No.: 2:15-cv-02391-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| And All Related Parties and Actions | |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Icon Pac Nevada Owner Pool 3 Nevada, LLC ("Icon"), BRE/PAC Nevada, LLC ("BRE/PAC"), Biogel Innovative Group, LLC ("Biogel"), American Oil Products Inc. ("American Oil"), Awax International, Inc. ("Awax"), Kyung Soo Kim ("Kim") (collectively, the "Biogel Defendants"), by and through their respective counsel, hereby stipulate as follows:

1.  That all claims and causes of action alleged by Icon against the Biogel Defendants in the above-referenced matter be dismissed in their entirety **with prejudice**, with each party to bear its own attorneys' fees and costs.

2.  That all counterclaims, third-party claims, and causes of action alleged by the Biogel Defendants against Icon and BRE/PAC in the above-referenced matter be dismissed in their entirety **with prejudice**, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED this 27th day of December, 2016 | DATED this 27th day of December, 2016 |
| KAEMPFER CROWELL | MCDONALD CARANO WILSON LLP |
| By: _/s/ James E. Smyth_<br>James E. Smyth, Esq.<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135-2958<br>Tel: (702) 792-7000<br>Fax: (702) 796-7181<br>*Attorneys for Defendants Biogel Innovative Group, LLC, American Oil Products, Inc. and Awax International* | By: _/s/ Jeffrey A. Silvestri_<br>Joseph P. Schrage, Esq.<br>Jeffrey A. Silvestri, Esq.<br>2300 West Sahara Avenue, Ste. 1200<br>Las Vegas, NV 89102<br>Tel: (702) 873-4100<br>Fax: (702) 873-9966<br>*Attorneys for Defendant United Pharma LLC* |
| DATED this 27th day of December, 2016 | DATED this __ day of December, 2016 |
| SNELL & WILMER L.L.P. | MARQUIS AURBACH COFFING |
| By: _/s/ John S. Delikanakis_<br>John S. Delikanakis<br>Sherry Ly<br>3883 Howard Hughes Parkway, Ste. 1100<br>Las Vegas, NV 89169<br>Tel: (702) 784-5200<br>Fax: (702) 784-5252<br>*Attorneys for Plaintiff/Counter-Defendant Icon Pac Nevada Owner Pool 3, LLC and Third-Party Defendant BRE/PAC Nevada, LLC* | By: _____<br>Jack C. Juan, Esq.<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Tel: (702) 382-0711<br>Fax: (702) 382-5816<br>*Attorneys for Defendant Kyung Soo Kim* |

1. That all claims and causes of action alleged by Icon against the Biogel Defendants in the above-referenced matter be dismissed in their entirety **with prejudice**, with each party to bear its own attorneys' fees and costs.

2. That all counterclaims, third-party claims, and causes of action alleged by the Biogel Defendants against Icon and BRE/PAC in the above-referenced matter be dismissed in their entirety **with prejudice**, with each party to bear its own attorneys' fees and costs.

DATED this __ day of December, 2016

KAEMPFER CROWELL

By: /s/
James E. Smyth, Esq.
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Defendants Biogel Innovative Group, LLC, American Oil Products, Inc. and Awax International*

DATED this __ day of December, 2016

MCDONALD CARANO WILSON LLP

By: /s/
Joseph P. Schrage, Esq.
Jeffrey A. Silvestri, Esq.
2300 West Sahara Avenue, Ste. 1200
Las Vegas, NV 89102
Tel: (702) 873-4100
Fax: (702) 873-9966
*Attorneys for Defendant United Pharma LLC*

DATED this __ day of December, 2016

SNELL & WILMER L.L.P.

By: /s/
John S. Delikanakis
Sherry Ly
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Tel: (702) 784-5200
Fax: (702) 784-5252
*Attorneys for Plaintiff/Counter-Defendant Icon Pac Nevada Owner Pool 3, LLC and Third-Party Defendant BRE/PAC Nevada, LLC*

DATED this 21 day of December, 2016

MARQUIS AURBACH COFFING

By: _____
Jack C. Juan, Esq.
10001 Park Run Drive
Las Vegas, NV 89145
Tel: (702) 382-0711
Fax: (702) 382-5816
*Attorneys for Defendant Kyung Soo Kim*

**ORDER**

**SO ORDERED.**

Dated: January 4, 2017.

_____
UNITED STATES DISTRICT JUDGE

-2-