John S. Delikanakis, Esq.
Nevada State Bar No. 5928
Sherry Ly, Esq.
Nevada State Bar No. 13529
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanaskis@swlaw.com
Email: sly@swlaw.com

*Attorneys for Plaintiff Icon Pac Nevada Owner Pool 3 Nevada, LLC and Cross-claim Defendant BRE/PAC Nevada, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ICON PAC NEVADA OWNER POOL 3 NEVADA, LLC, a Delaware limited liability company, | Case No.: 2:15-cv-02391-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BIOGEL INNOVATIVE GROUP, LLC, a Nevada limited liability company, UNITED PHARMA LLC, a California limited liability company, AMERICAN OIL PRODUCTS INC., a California corporation, AWAX INTERNATIONAL, INC., a California corporation, KYUNG SOO KIM, an individual | |
| Defendants. | |
| And All Related Parties and Actions | |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Icon Pac Nevada Owner Pool 3 Nevada, LLC ("Icon") and United Pharma LLC ("United Pharma"), by and through their respective counsel, hereby stipulate as follows:

1.   That all claims and causes of action alleged by Icon against United Pharma in the above-referenced matter be dismissed in their entirety *with prejudice*, with each party to bear its own attorneys' fees and costs.

2.   That all counterclaims, and causes of action alleged by United Pharma against Icon in the above-referenced matter be dismissed in their entirety *with prejudice*, with each party to bear its own attorneys' fees and costs.

DATED this 27th day of December, 2016

KAEMPFER CROWELL

By:   */s/ James E. Smyth*
    James E. Smyth, Esq.
    1980 Festival Plaza Drive, Suite 650
    Las Vegas, NV 89135-2958
    Tel:  (702) 792-7000
    Fax:  (702) 796-7181
    *Attorneys for Defendants Biogel Innovative Group, LLC, American Oil Products, Inc. and Awax International*

DATED this 27th day of December, 2016

SNELL & WILMER L.L.P.

By:   *John S. Delikanakis*
    John S. Delikanakis
    Sherry Ly
    3883 Howard Hughes Parkway, Ste. 1100
    Las Vegas, NV 89169
    Tel:  (702) 784-5200
    Fax:  (702) 784-5252
    *Attorneys for Plaintiff/Counter-Defendant Icon Pac Nevada Owner Pool 3, LLC and Third-Party Defendant BRE/PAC Nevada, LLC*

DATED this 27th day of December, 2016

MCDONALD CARANO WILSON LLP

By:   */s/ Jeffrey A. Silvestri*
    Joseph P. Schrage, Esq.
    Jeffrey A. Silvestri, Esq.
    2300 West Sahara Avenue, Ste. 1200
    Las Vegas, NV 89102
    Tel:  (702) 873-4100
    Fax:  (702) 873-9966
    *Attorneys for Defendant United Pharma LLC*

DATED this ___ day of December, 2016

MARQUIS AURBACH COFFING

By:   _____
    Jack C. Juan, Esq.
    10001 Park Run Drive
    Las Vegas, NV 89145
    Tel: (702) 382-0711
    Fax: (702) 382-5816
    *Attorneys for Defendant Kyung Soo Kim*

1.   That all claims and causes of action alleged by Icon against United Pharma in the above-referenced matter be dismissed in their entirety **with prejudice**, with each party to bear its own attorneys' fees and costs.

2.   That all counterclaims, and causes of action alleged by United Pharma against Icon in the above-referenced matter be dismissed in their entirety **with prejudice**, with each party to bear its own attorneys' fees and costs.

DATED this __ day of December, 2016

KAEMPFER CROWELL

By: ___/s/_____
James E. Smyth, Esq.
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Defendants Biogel Innovative Group, LLC, American Oil Products, Inc. and Awax International*

DATED this __ day of December, 2016

MCDONALD CARANO WILSON LLP

By: ___/s/_____
Joseph P. Schrage, Esq.
Jeffrey A. Silvestri, Esq.
2300 West Sahara Avenue, Ste. 1200
Las Vegas, NV 89102
Tel: (702) 873-4100
Fax: (702) 873-9966
*Attorneys for Defendant United Pharma LLC*

DATED this __ day of December, 2016

SNELL & WILMER L.L.P.

By: ___/s/_____
John S. Delikanakis
Sherry Ly
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Tel: (702) 784-5200
Fax: (702) 784-5252
*Attorneys for Plaintiff/Counter-Defendant Icon Pac Nevada Owner Pool 3, LLC and Third-Party Defendant BRE/PAC Nevada, LLC*

DATED this 21 day of December, 2016

MARQUIS AURBACH COFFING

By: _____
Jack C. Juan, Esq.
10001 Park Run Drive
Las Vegas, NV 89145
Tel: (702) 382-0711
Fax: (702) 382-5816
*Attorneys for Defendant Kyung Soo Kim*

## ORDER

**SO ORDERED.** As this dismissal ends this case, all pending motions [ECF Nos. 63, 64] are DENIED as MOOT. The Clerk of Court is directed to CLOSE this case.

Dated: January 4, 2017.

_____
UNITED STATES DISTRICT JUDGE

- 2 -