1  JEFF SILVESTRI, ESQ. (NSBN 5779)
   McDONALD CARANO LLP
2  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada  89102
3  Telephone: 702.873.4100
   Facsimile: 702.873.9966
4  jsilvestri@mcdonaldcarano.com

5  *Attorneys for United Pharma LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ICON PAC NEVADA OWNER POOL 3 NEVADA, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br>v.<br><br>BIOGEL INNOVATIVE GROUP, LLC, a Nevada limited liability company; UNITED PHARMA LLC, a California limited liability company; AMERICAN OIL PRODUCTS INC., a California corporation; AWAX INTERNATIONAL, INC., a California corporation, KYUNG SOO KIM,<br><br>　　　　　Defendants.<br>AND RELATED CLAIMS. | Case No.:  2:15-cv-02391-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Third-party Plaintiff United Pharma LLC ("United"), Cross-defendants Biogel Innovative Group, LLC, American Oil Products, Inc. and Awax International, Inc. ("Biogel Defendants") and Third-party Defendant Kyung Soo Kim ("Kim"), by and through their respective counsel of record, that all

1  claims brought upon by United be dismissed with prejudice, with all parties to bear their own
2  costs and fees.

4  DATED: March 27, 2017.                          DATED: March 27, 2017.

5  McDONALD CARANO LLP                             MARQUIS AURBACH COFFING

7  By: */s/ Jeff Silvestri*                       By: */s/ Jack C. Juan*
     Jeff Silvestri, Esq. (NSBN 5779)                    Jack C. Juan, Esq. (NSBN 6367)
8    2300 W. Sahara Avenue, Suite 1200                   10001 Park Run Drive
     Las Vegas, NV 89102                                 Las Vegas, NV 89145
9    Telephone: 702.873.4100                             Telephone: 702.382.0711
     Facsimile: 702.873.9966                             Facsimile: 702.382.5816
10   jsilvestri@mcdonaldcarano.com                       jjuan@maclaw.com

11   *Attorneys for Counter-Claimant/Third-*
     *Party Plaintiff United Pharma, LLC*                *Attorneys for Third-Party Defendant, Kyung*
12                                                       *Soo Kim*

13  DATED: March 27, 2017.

14  KAEMPFER CROWELL

16  By: */s/ James E. Smyth, II*
     James E. Smyth, II, Esq. (NSBN 6506)
17   1980 Festival Plaza Drive, Suite 650
     Las Vegas, NV 89135
18   Telephone: 702.792.7000
     Facsimile: 702.796.7181
19   jsmyth@kcnvlaw.com

20  *Attorneys for Cross-Claim Defendants*
    *Biogel Innovative Group, LLC,*
21  *American Oil Products, Inc. and Awax*
    *International, Inc.*

23            IT IS SO ORDERED:

25  _____
    UNITED STATES DISTRICT JUDGE

26  DATED: 3/31/2017